**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

YVETTE HERN,

       Plaintiff,

v.                                        No. CV 21-352 JCH/CG

MGA INSURANCE COMPANY, INC.,

       Defendant.

**ORDER RESETTING TELEPHONIC
PRE-SETTLEMENT STATUS CONFERENCE**

      **IT IS HEREBY ORDERED** that the previously scheduled pre-settlement status conference set for **Tuesday, October 5, 2021, at 1:30 p.m.** is **RESET** for **Friday, October 8, 2021, at 10:00 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE