IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YVETTE HERN,

    Plaintiff,

v.                                                           No. CV 21-352 JCH/CG

MGA INSURANCE COMPANY, INC.,

    Defendant.

**ORDER VACATING SETTLEMENT CONFERENCE AND
TO SUBMIT CLOSING DOCUMENTS**

**THIS MATTER** is before the Court upon notice that this case has settled.

**IT IS THEREFORE ORDERED** that the telephonic pre-settlement status conference set for October 8, 2021, at 10:00 a.m., and the Zoom Settlement Conference set for October 14, 2021, at 9:00 a.m., are **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall submit closing documents by **November 1, 2021**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE